UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> MARCIAL ABRAHAM-MONTALVO ) <br> ) <br> ) <br> Defendant. ) | Case No. 2:14cr276 JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, MARCIAL ABRAHAM-MONTALVO, 2:14cr276 JAM from custody subject to the conditions as stated on the record and for the following reasons:

\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of: $

   \_\_\_ Unsecured Appearance Bond

   \_\_\_ Secured Appearance Bond

   \_\_ (Other) Conditions as stated on the record.

   _X_ (Other) Defendant sentenced to time served.

Issued at _Sacramento, CA_ on November 8, 2016 at  11:40 A.M.

By _____
John A. Mendez
United States District Court Judge